NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 06-240

STATE OF LOUISIANA

VERSUS

RONALD FENON JENKINS

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 35-K-348-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Billy Howard Ezell,

Judges.

**AFFIRMED.**

**Earl B. Taylor**
**District Attorney, Twenty-Seventh Judicial District Court**
**P. O. Drawer 1968**
**Opelousas, LA 70571-1968**
**(337) 948-3041**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Ronald Jenkins**
**DWCC, Housing Unit H-4B**
**670 Bell Hill Rd.**
**Homer, LA 71040**